**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-6872**

---

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

JOSEPH ALLEN SMITH,

                Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:10-cr-00438-LMB-1)

---

Submitted: September 27, 2012      Decided: October 25, 2012

---

Before DUNCAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Allen Smith, Appellant Pro Se. James Patrick McDonald, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Allen Smith appeals the district court's order denying his Motion for a Protective Order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Smith</u>, No. 1:10-cr-00438-LMB-1 (E.D. Va. filed Apr. 27, 2012; entered Apr. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>